

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00416-CV

**IN THE INTEREST OF A.H.**, A.H., and A.H., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00033
Honorable Brenda Chapman, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant Mother or appellant Father as both are indigent.

SIGNED November 25, 2015.

_____
Marialyn Barnard, Justice